**The Law Office of Victor Nasser, A.P.C.**
Victor Nasser, Esq. (SBN: 326736)
1331 L Street
Bakersfield, California 93301
Telephone: (310) 903-9721
E-Mail: victor@vicnasserlaw.com

Attorney for Petitioner

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HECTOR E. CORINO ORTEGA,<br><br>Petitioner,<br><br>v.<br><br>WARDEN, GOLDEN STATE ANNEX DETENTION FACILITY,<br><br>Respondents. | No. 1:26-CV-00641-DJC-AC<br><br>**MOTION TO TERMINATE CJA APPOINTMENT OF VICTOR NASSER AS ATTORNEY OF RECORD AND ORDER** |

On January 26, 2026, a Habeas Corpus Petition pursuant to 28 U.S.C. §2241was filed in the California's Federal Eastern District Court. The matter was fully briefed by Petitioner and Respondent. After Petitioner filed his Petition for Writ of Habeas Corpus and bond was denied by Immigration Judge based on a determination that Petitioner was a danger to the community (ECF No. 8-8 at 3-4), this Court issued a do not transfer order on February 9, 2026. Dkt. No. 13. Petitioner then asked the Immigration Judge to allow him to voluntarily depart the United States, and his request was granted on February 18, 2026. Exh. 1. Petitioner was then released from Respondents' custody and allowed to leave the United States on February 21, 2026.

CJA Panel Attorney Victor Nasser was appointed as counsel to represent Petitioner in his pending Habeas Corpus matter. The litigation phase of Mr. Ortega's Habeas Corpus matter has, therefore, come to an end, however a ruling has yet to be made. Having completed his representation

of Mr. Ortega, CJA attorney Victor Nasser is now moving to terminate his appointment under the Criminal Justice Act.

Should Mr. Ortega require further legal assistance he has been advised to contact the Office of the Federal Defender for the Eastern District of California by mail at 2300 Tulare Street, Suite 330, Fresno, CA 93721, or by phone at (559) 487-5561 (collect) or (855) 656-4360 (toll-free), which, if appropriate, will arrange for the re-appointment of counsel to assist him.

Dated: August 25, 2026

Respectfully submitted,

_*/s/ Victor Nasser*__________________

Victor Nasser, Esq.
*Attorney for Petitioner*
Hector E. Corino Ortega

**ORDER**

Having reviewed the notice and found that attorney Victor Nasser has completed the services for which he was appointed, the Court hereby grants attorney Victor Nasser's request for leave to withdraw as petitioner counsel in this matter. Should Petitioner seek further legal assistance, Petitioner is advised to contact the Office of the Federal Defender for the Eastern District of California at 2300 Tulare Street, Suite 330, Fresno, CA 93721. The phone number for the office is (559) 487-5561 (collect) or (855) 656-4360 (toll-free). If appropriate, the office will arrange for the reappointment of counsel to assist Petitioner.

The Clerk of Court is directed to serve a copy of this order on Petitioner at the following address and to update the docket to reflect Petitioner's pro se status and contact information.

Golden State Annex
Hector E. Corino Ortega, A#207-366-420
611 Frontage Rd.
McFarland, California 93250

**IT IS SO ORDERED**

Dated: August 25, 2026

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE